# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-09-2978-R**                              **DATE: DEC. 28, 2009**

**TITLE: KIM LAUBE & CO INC -V- YI-TANG LIAO et al**
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                              <u>   N/A   </u>
**Deputy Clerk**                                **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                 Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON JANUARY 11, 2010 AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING OF COUNSEL. ATTENDANCE AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                                  Initials of Deputy Clerk __WH__
**CIVIL - GEN**                            D-M